IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| REV Ambulance Group Orlando, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Crestline Coach, Ltd., <br><br> Defendant. | Case No. 16-CV-03307 (DWF-LIB) |

## **JOINT STIPULATION OF DISMISSAL OF ACTION**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff REV Ambulance Group Orlando, Inc. and Defendant Crestline Coach, Ltd. (misnamed as Crestline Coach, Inc. in the First Amended Complaint and Jury Demand) hereby stipulate to the dismissal, with prejudice, of all claims and defenses in this action, with each party to bear its own respective costs and attorneys' fees. The parties expressly waive the right to appeal.

Respectfully submitted,

Dated: July 21, 2017
*/s/Michael B. Hurd*
Michael B. Hurd, KS Bar No. 12521
mhurd@hoveywilliams.com
Kameron D. Kelly, KS Bar No. 19900
kdk@hoveywilliams.com
HOVEY WILLIAMS LLP
10801 Mastin Boulevard, Suite 1000
84 Corporate Woods
Overland Park, Kansas 66210
Telephone: (913) 647-9050
Facsimile (913) 647-9057

1

Lora Friedemann, MN Bar No. 259615
lfriedemann@fredlaw.com
Grant D. Fairbairn, MN Bar No. 392144
gfairbairn@fredlaw.com
FREDRIKSON & BYRON
200 South Sixth Street, Ste. 4000
Minneapolis, MN 55402-1425
Telephone: (612) 492-7000
Facsimile: (612) 492-7077

*Attorneys for Plaintiff REV Ambulance Group Orlando, Inc.*


CARLSON, CASPERS, VANDENBURGH,
LINDQUIST & SCHUMAN, P.A.

Dated: July 21, 2017

*/s/ Timothy A. Lindquist*_____
Timothy A. Lindquist, MN Bar No. 0245318
tlindquist@carlsoncaspers.com
Matthew J. Goggin, MN Bar No. 0210705
mgoggin@carlsoncaspers.com
Joseph W. Winkels, MN Bar No. 0349707
jwinkels@carlsoncaspers.com
John M. Zwier, MN Bar No. 0393509
jzwier@carlsoncaspers.com
225 South Sixth Street, Suite 4200
Minneapolis, Minnesota 55402
(612) 436-9600 Telephone
(612) 436-9605 Facsimile


LITCHFIELD CAVO LLP

Alan I. Becker
becker@litchfieldcavo.com
303 W. Madison, Suite 300
Chicago, IL 60606
(312) 781-6622 Telephone
(312) 781-6630 Facsimile

*Attorneys for Defendant Crestline Coach, Ltd.*